## AFFIDAVIT OF SPECIAL AGENT MARK WILSON
## IN SUPPORT OF APPLICATIONS FOR SEARCH WARRANTS

I, Special Agent Mark Wilson, being duly sworn, hereby state the following:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2019.  Before becoming an FBI Special Agent, I worked for five years as a Staff Operations Specialist for the FBI, providing analytical support for criminal and national security cyber investigations.  I also was a member of the FBI's Child Abduction Rapid Deployment Team, as a part of which I deployed across the United States to investigate child abductions by providing cyber analysis. Beyond my work experience, I also have received extensive formal training in investigative techniques at the FBI Academy in Quantico, Virginia.

2.      I currently am assigned to the Cyber Crimes Squad in the FBI's Boston Division. I am responsible for investigations involving computer system intrusions, internet fraud, and cyberstalking.  I have participated in the execution of warrants involving both cyber and white-collar crimes.  Based on my training and experience, I am familiar with the way individuals use computers and information networks to commit these and other crimes.  I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and accordingly I am empowered by law to conduct investigations and to make arrests for federal felony offenses.  I also am a federal law enforcement officer within the meaning of Fed. R. Crim. P. 41(a)(2)(C), that is, a government agent authorized to enforce criminal laws and duly authorized by the Attorney General to request search warrants.

### PURPOSE OF THIS AFFIDAVIT

3.      The FBI is investigating Kyle SVARA (DOB: xx/xx/1999) ("SVARA") for, among other things, computer fraud and abuse, in violation of 18 U.S.C. §§ 1030(a)(4) and (5)(C), and conspiracy, in violation of 18 U.S.C. § 371 (together, the "Target Offenses").

4.      I make this affidavit in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Google, LLC ("Google"), headquartered in Mountainview, California; Yahoo Inc. ("Yahoo"), headquartered in San Jose, California; and Apple Inc. ("Apple"), headquartered in Cupertino, California, to disclose to the government copies of information, including the content of communications, for the following account(s):

| Account | Identifier | Provider |
|---|---|---|
| ksvara45@gmail.com | 488555161253 | Google |
| kstealers45@gmail.com | 514777724868 | Google |
| kjsvara2@illinois.edu | 839470068194 | Google |
| camj1976000@gmail.com | 520721054490 | Google |
| camj19760000@gmail.com | 338238604737 | Google |
| camj197600000@gmail.com | 508007541670 | Google |
| camj1976000000@gmail.com | 731198875984 | Google |
| kstealers45@yahoo.com | N/A | Yahoo |
| ksvara45@icloud.com | 11768045288 | Apple |

5.      The Google accounts ksvara45@gmail.com (ID: 488555161253), kstealers45@gmail.com (ID: 514777724868), kjsvara2@illinois.edu (ID: 839470068194), camj1976000@gmail.com (ID: 520721054490), camj19760000@gmail.com (ID: 338238604737), camj197600000@gmail.com (ID: 508007541670), and camj1976000000@gmail.com (ID: 731198875984) (together, the "TARGET GOOGLE ACCOUNTS"); the Yahoo account kstealers45@yahoo.com (the "TARGET YAHOO ACCOUNT"); and the Apple account ksvara45@icloud.com (DSID: 11768045288) (the "TARGET APPLE ACCOUNT"); as described in Attachments A-1, A-2, A-3, A-4, A-5, A-6, A-

7, A-8, and A-9 respectively, and incorporated herein by reference, which are stored at premises owned, maintained, controlled, and/or operated by Google, Yahoo, and Apple, and to seize evidence, instrumentalities, fruits of crime, and contraband as more fully described in Attachments B-1, B-2, and B-3, respectively, and also incorporated herein by reference.

6.     The facts stated herein are based on my own personal involvement in the below-described investigation, as well as information provided by other law enforcement officers and from certain records. In submitting this affidavit, I have not included each and every fact known to me about this investigation; rather, I only am submitting enough evidence necessary to establish the requisite probable cause.

## I.     Background of Investigation

7.     Starting in or about October 2020, the FBI began investigating reports from female students at Northeastern University of ongoing harassment, extortion, and computer intrusion. The investigation originally centered on Steve WAITHE, a coach of the Northeastern University Track & Field team from approximately October 11, 2018, until February 2019, and involved allegations that, among other things, WAITHE had used his position to steal compromising photos of women on the team from their cellphones and attempted to extort, stalk, and otherwise harass the victims through social media accounts.

8. This investigation revealed that WAITHE employed multiple schemes to unlawfully obtain nude and/or semi-nude photos of his victims. In one such phishing[1] and hacking scheme, WAITHE solicited co-conspirators to gain access to his victims' social media accounts by compromising

---

[1]    Phishing is method of social engineering where a subject sends a message to the victim in an attempt to deceive the victim into responding with sensitive information. In this case, the "phish" was the sending of a text message purporting to be from Snapchat that requested a sensitive, six-digit access code that then could be used to access the victim's Snapchat account unbeknownst to the victim.

these accounts. For example, at WAITHE's direction, co-conspirators would "phish" unwitting victims, gain access to their Snapchat accounts,[2] and steal sensitive content from the victim accounts. Once this content was extracted from the victim accounts, the co-conspirators provided WAITHE with the content and WAITHE typically would pay the co-conspirators for the content derived from the unauthorized account access.[3]

9. During the course of the investigation, the FBI learned that WAITHE used various communication platforms to solicit co-conspirators to conduct hacks of victim Snapchat accounts. Some of these platforms were Kik[4] and LeakedBB.[5]

10. The FBI identified SVARA as a co-conspirator who, at WAITHE's request, made efforts to compromise victim social media accounts (in particular, Snapchat accounts), steal data from victim accounts, and provide the stolen data to WAITHE. As summarized below and

---

[2]   Snapchat is a social media application and messaging service that enables users to, among other things, share photos and videos and to communicate with one another through text-based messages. Snapchat also has a feature through which users can store media in a private album called "My Eyes Only" that is protected by an additional password or PIN number.

[3]   On April 6, 2021, WAITHE was charged by criminal complaint with wire fraud, in violation of 18 U.S.C. § 1343, and cyberstalking, in violation of 18 U.S.C. § 2261A(2). *See* No. 21-CR-10342-PBS, ECF No. 4. On November 30, 2021, federal grand jury returned a 15-count indictment charging WAITHE with twelve counts of wire fraud, in violation of 18 U.S.C. § 1343; one count of cyberstalking, in violation of 18 U.S.C. § 2261A(2)(B); one count of conspiracy to commit computer fraud, in violation of 18 U.S.C. § 371; and one count of computer fraud, aiding and abetting, in violation of 18 U.S.C. §§ 1030(a)(4) and 2. *See* No. 21-CR-10342-PBS, ECF No. 30.

[4]   Kik is a mobile messaging application.

[5]   Based on my review of the website and the investigation to date, I know that LeakedBB is an online forum that allows users to post various types of leaks, nude photos, or other content. Users create profiles on LeakedBB to browse the forum, message other users privately, or create public posts, among other things.

explained more fully in Exhibit 1 and incorporated herein by reference,[6] I believe the evidence establishes probable cause that SVARA engaged in the Target Offenses and possesses evidence of the criminal activity in his Apple, Google, and Yahoo Target Accounts.

## II.    SVARA's Use of His TextNow Account for the Hack of Victim 2[7]

11.    On August 15, 2022, pursuant to a federal search warrant, the FBI obtained records for the TextNow account "ksvara45" (the "SVARA TextNow Account").  *See* 22-MJ-8032-PGL. This SVARA TextNow Account had been identified because it was used to send Snapchat phishing text messages to WAITHE's victims.  *See* Ex. 1, at ¶¶ 10-12.  The SVARA TextNow Account used the name "Kyle Svara" during the registration process.  *Id.* at ¶ 12.

12.    After reviewing the SVARA TextNow Account records, the FBI identified additional criminal conduct, including more than 4500 outgoing messages purporting to be sent by the "Snapchat Support Team" and more than 700 incoming messages containing six-digit access codes that likely were received from victims, which increases the probability that SVARA compromised these victims' Snapchat accounts.

13.    One of the victims targeted by SVARA using the SVARA TextNow Account was Victim 2.  As described previously in Exhibit 1, the FBI interviewed Victim 2, a Massachusetts resident, who had received text messages from the SVARA TextNow Account on October 23, 2020.  *See* Ex. 1, at ¶¶ 16-21.  The SVARA TextNow Account records received pursuant to the federal warrant confirmed that Victim 2 fell victim to SVARA's Snapchat phishing scheme and responded to the SVARA TextNow Account with a six-digit Snapchat access code.  This six-digit

---

[6]    Exhibit 1 is an affidavit previously submitted in support of an application for a federal search warrant for SVARA's TextNow account.  *See* 22-MJ-8032-PGL.

[7]    Victim 2 is the same Victim 2 described in Exhibit 1.  *See* Ex. 1, at ¶¶ 16-21.  Victim 2's identity is known to the FBI and has not been added to this affidavit to protect their privacy.

Snapchat code gave SVARA the ability to access Victim 2's Snapchat account.  The text message conversation between the SVARA TextNow Account and Victim 2 occurred as follows:

| Date/Time | Direction in relation to SVARA Account | Content |
|---|---|---|
| 2020-10-23 21:25:33 UTC | Sent | Hello *[Victim 2]*<br>A suspicious login attempt has been detected on your account.  If this was not you, please reply with the 6 digit security code sent to your device under a separate notification.<br>- Snapchat Support Team |
| 2020-10-23 21:26:04 UTC | Received | 155820 |
| 2020-10-23 21:26:55 UTC | Sent | Great!<br>As an added security measure, we sent another code to your device. Please reply with that code here.<br>- Snapchat Support Team |
| 2020-10-23 21:28:30 UTC | Sent | Oops!<br>Your previous code has expired. Please reply with the new 6 digit security code sent to your device under a separate notification.<br>- Snapchat Support Team |

14.     As the above conversation reflects, Victim 2 responded to the phishing text message from the SVARA TextNow account on October 23, 2023, at approximately 21:26:04 (UTC). Records from Snapchat indicated that less than thirty seconds later, on October 23, 2020, at 21:26:29 (UTC), the IP address 67.175.210.186 was used to access Victim 2's Snapchat account. Open-source research geo-located the IP address 67.175.210.186 to Plainfield, Illinois.

15.     Law enforcement databases and records from the State of Illinois related to SVARA's driver's license indicated that as of October 2020, he lived at 24562 Wellesley Circle in Plainfield, Illinois, 60585.  According to information provided by the State of Illinois for SVARA's driver's license and law enforcement databases, KYLE JOHN SVARA had a date of birth of xx/xx/1999 and the Social Security Number ("SSN") xxx-xx-0252.  Law enforcement databases also associate SVARA with the telephone number (XXX) XXX-4886 and an updated

address of 836 Shadowbrook Court, Oswego, Illinois.  According to Google Maps, the two addresses are less than 10 miles away from each other.

16.    Based on information I obtained from the public real estate website Zillow, the residence now associated with SVARA in Oswego, Illinois was sold on September 21, 2022.  I have identified images of the property posted on Zillow that included the front of the residence. Through open-source research I also identified an image of SVARA and a female, who I believe to be his significant other, holding a "sold" sign in front of a residence.  Based on a review of the Zillow image (below left) and the SVARA image (below right, with female redacted), I believe the two photos depict the same residence and that SVARA, likely together with his significant other, purchased the Oswego residence on or around September 21, 2022:

 

### III.    SVARA's Use of the Target Google and Target Yahoo Accounts

#### A.    SVARA's Use of the "Kstealers45" and "Cam J" Online Monikers

17.    During the course of the investigation the FBI identified SVARA's use of the online monikers "Kstealers45" and "Cam J."  Based on my training and experience, I know that individuals conducting Snapchat hacks often will use online monikers to obfuscate their true

7

identities. Individuals do this to prevent their true identities from being uncovered by other internet users and law enforcement. I believe SVARA used the "Kstealers45" and "Cam J" monikers in connection with several of his online accounts and in furtherance of his criminal activity, as is described in greater depth in the sections that follow.

> **i.    SVARA's Use of the kstealers45@yahoo.com Yahoo Account and "Cam J"**

18.    The FBI determined that the kstealers45@yahoo.com Yahoo Account was used to register a number of accounts that were utilized in furtherance of SVARA's Snapchat hacking scheme.

19.    For example, during the course of its investigation, the FBI identified two Reddit accounts used to advertise Snapchat hacking. The Reddit accounts were "cam_j1999" and "cam_j1976." According to records from Reddit, the cam_j1999 Reddit account was registered on May 28, 2020 and the cam_j1976 Reddit account was registered on June 4, 2020. The FBI reviewed the public postings of the "cam_j1999" Reddit account and identified posts, among others, which stated:

> *HMU on snap @cam_j1976 if you want me to get into girls snap accounts for you or trade. No scams, for the boys[8]*

> *HMU at cam_j1976 to get into snap amounts[9]*

20.    On at least two occasions, the "cam_j1976" Reddit account made posts that provided the Kik account "kstealers45" as a means of contact for trading images of women or hacking Snapchat accounts. The posts stated the following:

> *Snap cam_j1976 or kik kstealers45 if you want to trade my girl, or if you want me to get into girls snap accounts for you, for the Boys no scams*

---

[8]    Based on my training and experience, I know that "HMU" stands for "hit me up."

[9]    Given the context, I believe "amounts" likely is an accidental misspelling of "accounts."

*Kik kstealers45 to trade girls or snap cam_j1976 if you want me to get into girls snap accounts for you*

21.     According to records from Kik for the account kstealers45, the account used the name "Cam J" and was registered with the email address kstealers45@yahoo.com on or about January 23, 2015.  The kstealers45 Kik account was associated with both an iPhone and an Android device.  The kstealers45 Kik account was accessed approximately 68 times between July 9, 2021, and August 3, 2021, from the IP address 98.212.39.252, which was geo-located to Plainfield, Illinois.  This IP address was also used to log into the ksvara45@gmail.com Target Google Account (described later in this affidavit) approximately 66 times between June 27, 2021, and October 17, 2021.

22.     Mega.nz[10] records indicated that the kstealers45@yahoo.com Target Yahoo Account was also used to register a Mega.nz account with the name "cam j."  This Mega.nz account was accessed from the IP address 67.175.210.186, among others, which is the same IP address that was used on October 23, 2020, to access Victim 2's Snapchat account.  Based on investigations into other WAITHE Snapchat hacking co-conspirators, and as described in greater detail below, I know that Mega.nz accounts created by Snapchat account hackers are often used in furtherance of criminal activity to store and trade victim data.

23.     According to records from Reddit, the "cam_j1999" and "cam_j1976" Reddit accounts were both registered from the IP address 67.175.210.186 on May 28, 2020, at 13:38:21 UTC and June 4, 2020, at 18:57:54 UTC, respectively.  Again, this is the same IP address that was

---

[10]     Mega.nz is a cloud computing and storage platform based in New Zealand.  Mega.nz provides users with cloud computing services and storage after users create an account with the company.  Each Mega.nz account is created and associated with an email address and can be used to store files and transfer files.  Users can send Mega.nz Uniform Resource Locator (URL) links to others in order to share files.

used on October 23, 2020, to access Victim 2's Snapchat account. Furthermore, the "cam_j1999" Reddit account was registered with the email address kstealers45@yahoo.com. The "cam_j1976" Reddit account was registered with the email address ogtqmcthvtlmaghxul@awdrt.org, which was an email address from a service that provides temporary email addresses.

24.     Based on this information and my training and experience, I believe SVARA used the kstealers45@yahoo.com Yahoo Account in furtherance of his Snapchat hacking scheme to set up at least one hacking advertisement account (the "cam_j1999" Reddit account) and a hacking communication account (the "kstealers45" Kik account). I therefore believe the kstealers45@yahoo.com Target Yahoo Account likely will contain evidence of criminal activity.

25.     The FBI requested records from Yahoo for the kstealers45@yahoo.com account. In a response from Yahoo on June 16, 2023, Yahoo informed investigators that the kstealers45@yahoo.com Target Yahoo Account did exist at one point but had since been deleted by the user. Yahoo could not provide any more detail as to when the account was deleted.

26.     Given the deletion of the Target Yahoo Account, and Yahoo's inability to provide detail as to when the deletion took place and what precisely was deleted, I do not know what, if any, records relating to the account will still exist at this point in time and what may have been deleted. However, even if the contents of the account no longer exist, any information regarding the deletion of the account would be valuable evidence because I believe the deletion may have been prompted by SVARA's having learned that WAITHE and his co-conspirators were being investigated and prosecuted. Information regarding the deletion of this account could therefore serve as valuable evidence of SVARA's consciousness of guilt and state of mind.

27.    On September 8, 2023 and again on December 5, 2023, the FBI submitted a letter requesting under 18 U.S.C § 2703(f) that the company preserve any records associated with the kstealers45@yahoo.com Target Yahoo Account for a period of 90 days.

### ii.    SVARA's Use of the Four camj1976 Target Google Accounts

28.    The camj1976000@gmail.com (520721054490), camj19760000@gmail.com (338238604737), camj197600000@gmail.com (508007541670), and camj1976000000@gmail.com (731198875984) Target Google Accounts originally were identified through records produced by Mega.nz. The FBI connected these four camj1976 Target Google Accounts with SVARA through additional means as described in the following paragraphs.

29.    Records from Google indicated the camj1976000@gmail.com Target Google Account used the name "Cam J," was created on September 3, 2021, and was last accessed June 17, 2023. According to records produced by Google, the camj1976000@gmail.com Target Google Account was linked by cookie[11] to ksvara45@gmail.com, kstealers45@gmail.com, and kjsvara2@illinois.edu, among others. This account was accessed by the IP address 98.63.190.225, among others, which geo-located to Illinois. The account used Gmail, Web & App Activity, and Google Hangouts services.

30.    I reviewed records from Google that provided both sender and recipient email information for the camj1976000@gmail.com Target Google Account and I observed that the account received emails from the following entities, among others: Mega.nz, NudeLeaksTeens, Dropbox, LeaksForum, NulledBB, Reddit, and Crax.pro. Based on my training and experience, I

---

[11]    According to Google, cookies are files created when a user visits a website and are used to save information about a user's visit to that website. Cookies can be used to keep a user signed in, remember user preferences, and provide tailored content. Companies like Google can use cookies to link a user's different accounts.

believe emails from these entities are associated with activities conducted or services commonly used by Snapchat hackers. For example, forums like NudeLeaksTeens, LeaksForum, NulledBB, and Reddit are used by Snapchat hackers to post advertisements for hacks and to trade content criminally derived from hacks. Services like Mega.nz and Dropbox are used to store and send content derived from Snapchat hacks. Crax.pro is a forum that provides, among other things, spamming tools, scam pages, credit cards, hacking methods, and more.

31.     Records from Google indicated the camj19760000@gmail.com Target Google Account also used the name "cam j," was created on October 31, 2021. The account used Gmail, Web & App Activity, Google Hangouts, Google Docs, and Google Calendar services.

32.     I reviewed records from Google that provided both sender and recipient email information for the camj19760000@gmail.com Target Google Account and I identified approximately six emails from Mega.nz. In fact, other than communications from Google, the Google records indicated the account *only* received emails from Mega.nz, which causes me to believe, based on my training and experience, that it was created and used exclusively as an account to further SVARA's criminal activity.

33.     Records from Google indicated the camj197600000@gmail.com Target Google Account also used the name "cam j," was created on October 27, 2021. The account used Gmail, Web & App Activity, Google Hangouts, and Android services.

34.     I reviewed records from Google that provided both sender and recipient email information for the camj197600000@gmail.com Target Google Account and I identified approximately nine emails from Mega.nz. One of these emails came from the email address support@mega.nz. Based on my training and experience, I know support emails from Mega.nz typically inform the user that their account is either nearing its storage limitation, that the user had

12

login trouble, or otherwise important communications needed to be made to the user.  Other than communications from Google, Google records indicated this account *only* received emails from Mega.nz which causes me to believe, based on my training and experience, that it was created and used exclusively as an account to further SVARA's criminal activity.

35.    Records from Google indicated the camj1976000000@gmail.com Target Google Account also used the name "cam j," was created on November 13, 2021.   The account used Gmail, Web & App Activity, and Google Hangouts services.

36.    I reviewed records from Google that provided both sender and recipient email information for the camj1976000000@gmail.com Target Google Account and I identified approximately six emails from Mega.nz.  Other than communications from Google, Google records indicated this account *only* received emails from Mega.nz, which causes me to believe, based on my training and experience, that it was created and used exclusively as an account to further SVARA's criminal activity.

37.    In addition to using Gmail and containing evidence of emails from Mega.nz as described above, all four of the camj1976 Target Google Accounts used Web & App Activity, which captures a user's online activity when they search or browse content using Google services. This search activity can provide evidence as to the user's state of mind and conduct.  For example, while investigating WAITHE, I found that his Web & App activity captured his use of search terms like "how to hack someone's Snapchat" and "how much to hack a Snapchat."   In another investigation into one of WAITHE's co-conspirators, I found that the co-conspirator's Google Web & App activity reflected research into a "how to access someones snapchat without giving them your location" and "easy to use phishing snapchat link."

38.      During a review of records from Google for all of the camj1976 Target Google Accounts (with the exception of camj1976000), I also observed that all of the accounts either used the IP address 98.212.39.252 when accepting the Terms of Service to create the account or were accessed later from that IP address.  Open-source research for this aforementioned IP address indicated it was provided by Comcast Cable and geo-located to Plainfield, Illinois where, as described above, SVARA is known to have resided.  This IP address also was used to access the kstealers45 Kik account, which SVARA used in furtherance of his illegal activity as described above.

39.      Based on my review of records provided by Google and my training and experience, I believe there is evidence of criminal activity present in the four camj1976 Target Google Accounts.

40.       On September 8, 2023 and again on December 5, 2023, the FBI submitted a letter requesting under 18 U.S.C § 2703(f) that the company preserve records associated with the camj1976 Target Google Accounts for a period of 90 days.

   **iii.        SVARA's Use of the kstealers45@gmail.com Target Google Account**

41.      According to records from Google, the kstealers45@gmail.com Target Google Account was created on December 3, 2013, with the name "Kyle Svara," the recovery telephone number (XXX) XXX-4886,[12] and the recovery email kstealers45@yahoo.com.  Based on my training and experience, I know individuals typically use a recovery telephone number and email address that they control because a recovery telephone number and recovery email can be used to reset the account password and regain access to the account if lost.  Using a telephone number and

---

[12]      This telephone number was connected to SVARA via law enforcement databases that aggregate public records.

email address that the owner controls maintains the security and integrity of the account. The kstealers45@gmail.com Target Google Account was also accessed by the IP address 73.210.2.235, among others, which geo-located to Plainfield, Illinois.

42.   In addition to the connections via IP address and recovery email, Google records connected the kstealers45@gmail.com Target Google Account with both the ksvara45@gmail.com and camj1976000@gmail.com Target Google Accounts via cookie.

43.   Google records also showed that the kstealers45@gmail.com Target Google Account used the Google Services Gmail, Android, Google Photos, Google Voice, Google Drive, Google Docs, and Web & App Activity, among other services.

44.   The FBI later obtained additional records from Google that indicated the kstealers45@gmail.com Google account was deleted on February 3, 2023.  After identifying the deletion of the kstealers45@gmail.com Target Google Account, I spoke directly with Google regarding retention of data associated with the account. Google indicated that although the account had been deleted, it was possible Google retained data associated with the account. Information regarding the deletion of the account or other account data still maintained by Google would be valuable evidence because I believe it may have been prompted by SVARA's having learned that WAITHE and his co-conspirators were being investigated and prosecuted.  Any information regarding the deletion of this account could therefore serve as valuable evidence of SVARA's consciousness of guilt and state of mind.

45.   On September 8, 2023 and again on December 5, 2023, the FBI submitted a letter requesting under 18 U.S.C § 2703(f) that the company preserve records associated with the kstealers45@gmail.com Target Google Account for a period of 90 days.

**iv.    SVARA's Use of the ksvara45@gmail.com Target Google Account**

46.    According to records produced by Meta, the ksvara45@gmail.com Target Google Account was used to create an Instagram account with the name "camj1976," which uses SVARA's "Cam J" online moniker. The "camj1976" Instagram account was created on August 10, 2018, and active as of July 2021. The account was registered from the IP address 2601:248:4401:e620:24c7:6511:35ec:9a8a, which is an IP address provided by Comcast Cable and geo-located to Plainfield, Illinois.

47.    Records from Google indicate that the ksvara45@gmail.com Target Google Account used the name "Kyle" and the recovery telephone number (XXX) XXX-4886. The ksvara45@gmail.com Target Google Account was created on December 25, 2014, and was active at least as recently as June 18, 2023. Google billing records for the ksvara45@gmail.com Target Google Account list the payor as "Kyle Svara" at 24562 Wellesley Circle, Plainfield, Illinois 60585. Records from Google indicated the ksvara45@gmail.com Target Google Account was linked by cookie to the kstealers45@gmail.com, camj1976000@gmail.com, and kjsvara2@illinois.edu Target Google Accounts.

48.    Google records also show that the ksvara45@gmail.com Target Google Account was accessed on October 30, 2020—approximately 7 days after Victim 2's account compromise— from the same IP address used in the hack of Victim 2. Between October 30, 2020, and November 30, 2020, the IP address 67.175.210.186 was used to access the ksvara45@gmail.com Target Google Account approximately 11 times.

49.     According to records produced by Google, the ksvara45@gmail.com Target Google Account received email communications from Wickr,[13] Coinbase,[14] BeenVerified,[15] SquareUp,[16] and Snapchat.  While all of these services have legitimate uses, many of these services have been used by other Snapchat hackers and cyber criminals I have investigated in furtherance of their criminal conduct.  For example, I know from my training and experience that Wickr is commonly used by criminals to keep their messaging secure from law enforcement investigations because of its encryption and expiring message function.  Coinbase can be used to send and receive cryptocurrency, which is a way other Snapchat hackers I have investigated have requested payment for their hacks, given the perception that cryptocurrency is harder for law enforcement to trace.  In at least one other investigation into a different WAITHE co-conspirator, the FBI also identified the use of BeenVerified, which, in that case, provided the hacker the ability to look up the telephone numbers and social media usernames necessary to compromise victim Snapchats.

50.     The ksvara45@gmail.com Target Google Account also received messages from SquareUp, which owns the service CashApp.  The FBI obtained records from SquareUp for a CashApp account in SVARA's name, previous address, date of birth, and last four of his social

---

[13]     Wickr is an instant messaging application that allows users to send end-to-end encrypted and expiring messages, which can include photos, videos, and file attachments.

[14]     Coinbase is a cryptocurrency exchange platform where users can purchase, send, receive, and otherwise interact with various cryptocurrencies, such as, Bitcoin and Ethereum.

[15]     BeenVerified is a background check company that provides background and people search services. The service allows users to look up a person's telephone numbers, emails, addresses, usernames, vehicles and more.

[16]     Square provides financial service solutions which includes, among others, CashApp. CashApp is a mobile payment service which allows users to transfer money to one another.

security number.[17]  Records in this account included payments from "Steve Waithe" on October 5, 7 and 20, 2020.

51.     Records contained in the ksvara45@gmail.com Target Google Account would include additional information into the uses of these services.  For example, emails from Snapchat are indicative of the ksvara45@gmail.com Target Google Account being used to register a Snapchat account.  Though it is unclear if the Snapchat account is SVARA's personal Snapchat or one used in furtherance of the criminal activity, emails from Snapchat to the ksvara45@gmail.com Target Google Account would provide valuable evidence either way, because they likely would contain information of logins and/or logout activity.  I am aware from my training and experience that, in the case of Snapchat account compromises, a hacker typically has to log out of their personal Snapchat to log into a victim's account, and then log back into their personal Snapchat after logging out of the victim's account.  That is because, according to Snapchat, only one Snapchat account can be logged into at a time within the Snapchat application.  I also am aware that a login to Snapchat often generates a new login alert email.  Therefore, I believe the ksvara45@gmail.com Target Google Account will contain login notification emails from Snapchat for the Snapchat account(s) with which it is associated. This would likely capture the process of SVARA logging out of his account, logging into victim accounts, and then logging back into his account.

52.     According to Google records, the ksvara45@gmail.com Target Google Account was accessed from a Windows device, Macintosh device, and an iPhone.   The ksvara45@gmail.com Target Google Account used the following Google Services, among other

---

[17]     The subscriber information for the account did not identify an email address associated with the subscriber or account.

services: Gmail, Android, Google Photos, Google Payments, Google Chrome Sync, Google Drive, Google Docs, Google Voice, and Web & App Activity. While all these services can contain important information to the investigation, the use of Google Photos and Web & App Activity are particularly relevant for the reasons that follow:

a. The ksvara45@gmail.com Target Google Account's Google Photos would likely contain evidence of the criminal activities under investigation. According to Google's website, Google Photos allows a user to back up photos and videos so they can be accessed from any device and share photos and albums with others. The ksvara45@gmail.com Target Google Account was accessed from numerous devices including a Windows device, Macintosh device, and an iPhone. Thus, it is likely that the photograph fruits of SVARA's Snapchat compromises would be backed up to Google Photos.

b. The ksvara45@gmail.com Target Google Account used Web & App Activity, which captures a user's online activity when they search or browse content using Google services. This search activity can provide evidence as to the user's state of mind and conduct. For example, while investigating WAITHE, I found that his Web & App activity captured his use of search terms like "*how to hack someone's Snapchat*" and "*how much to hack a Snapchat.*" In another investigation into one of WAITHE's co-conspirators, I found that the co-conspirator's Google Web & App activity reflected research into a "*how to access someones snapchat without giving them your location*" and "*easy to use phishing snapchat link.*"

19

53. On September 8, 2023 and again on December 5, 2023, the FBI submitted a letter requesting under 18 U.S.C § 2703(f) that the company preserve records associated with the ksvara45@gmail.com Target Google Account for a period of 90 days.

**B.    SVARA's Use of the kjsvara2@illinois.edu Target Google Account**

54. Records from Google indicated the kjsvara2@illinois.edu Target Google Account used the name "Kyle Svara," was created on August 29, 2017, and was last updated June 7, 2023. The account used numerous Google services which included, but are not limited to, Google Developers Console, Google Docs, Google Apps Administrator Control Panel, Gmail, Google Search Console, iGoogle, Google Calendar, Google Drive, Google Voice, Google Vault, Android, Google Chrome Sync, Google Keep, Google Chat, and Google My Maps.

55. During a review of records for the kjsvara2@illinois.edu Target Google Account, I observed several logins from the Comcast IP address 98.63.190.225, as recently as January 26, 2023. This IP address is geo-located to Plainfield, Illinois on that date and is the same IP address used by the camj19760000@gmail.com, camj197600000@gmail.com, and camj1976000000@gmail.com Target Google Accounts.

56. I also reviewed records from Google which provided both sender and recipient email information for the kjsvara2@illinois.edu Target Google Account. Among other contacts, the kjsvara2@illinois.edu Target Google Account received communications from Coinbase and Box. As mentioned previously, Coinbase can be used to send and receive cryptocurrency, which is a way other Snapchat hackers I have investigated have requested payment for their hacks. Box is another cloud-based content provider which allows users to store data. Based on my training and experience, I know that Box will send communications to a user's email address regarding the status of their account.

20

57.     Records produced by Mega.nz also indicated the kjsvara2@illinois.edu Target Google Account was used to create an account on Mega.nz on April 24, 2018, which was last active on approximately November 11, 2019.  Based on my training and experience investigating Snapchat hacking cases, I know that Mega is frequently used in the storage and transfer of data derived from Snapchat account compromises.  In my investigations into other WAITHE co-conspirators, I have observed at least four other co-conspirators using Mega.nz accounts to send victim images to WAITHE after they successfully compromised a victim Snapchat account. Subjects often use Mega.nz to save and share content derived from their Snapchat account hacks. Subjects can store vast amounts of data, in this case images and videos, for free on Mega.nz. Subjects also use Mega.nz to quickly distribute the data by creating Mega.nz URLs, which they then send to other subjects.  When clicked, these URLs allow the recipient to access the data stored on Mega.nz. The Mega.nz account created with the kjsvara2@illinois.edu Target Google Account could be used in this same manner. The Mega.nz account was accessed by both an iPhone X and Windows machine on several occasions and was accessed from IP addresses geo-located to Illinois.

58.     On December 5, 2023, the FBI submitted a letter requesting under 18 U.S.C § 2703(f) that the company preserve records associated with the kjsvara2@illinois.edu Target Google Account for a period of 90 days.

### C.    The Target Yahoo and Google Accounts Are Linked to SVARA and Each Other Through Mega.nz

59.     The FBI has also linked the eight Target Google and Yahoo Accounts to one another and to SVARA through records produced by Mega.nz, which among other things show the accounts had common IP usage and common usernames.

60.     Records produced by Mega.nz indicated that all eight of the Target Google and Yahoo Accounts were used to register Mega.nz accounts.  As previously mentioned, based on my experience with investigating WAITHE's other Snapchat hacking co-conspirators, I know that Mega.nz accounts created by Snapchat account hackers are often used in furtherance of criminal activity to store and trade victim data.  Subjects often use Mega.nz to save and share content derived from their Snapchat account hacks.  Subjects can store vast amounts of data, in this case images and videos, for free on Mega.nz. Subjects also use Mega.nz to quickly distribute the data by creating Mega.nz URLs, which they then send to other subjects.  When clicked, these URLs allow the recipient to access the data stored on Mega.nz.

61.     Here, the eight Mega.nz accounts associated with the eight Target Accounts were connected to each other by device, which indicates that the accounts all were accessed on at least one occasion from the same device.  The table below shows each Target Account with its corresponding Mega.nz username and approximate storage[18] of each associated Mega.nz account:

| Target Email | Mega.nz Username | Storage Space (Approximate) | Created Date | Last Active Date |
|---|---|---|---|---|
| ksvara45@gmail.com | Kris | 71 GB | 6/30/2017 | 5/17/2023 |
| kstealers45@gmail.com | cam j | 1.4 MB | 3/13/2020 | 2/3/2023 |
| kstealers45@yahoo.com | cam j | 1.4 MB | 2/3/2020 | 7/27/2020 |
| kjsvara2@illinois.edu | Kyle Svara | 1.4 MB | 4/24/2018 | 11/11/2019 |
| camj1976000@gmail.com | cam j | 18.5 GB | 9/24/2021 | 2/4/2023 |
| camj19760000@gmail.com | cam j | 20.8 GB | 10/31/2021 | 2/4/2023 |
| camj197600000@gmail.com | Cam J | 18.3 GB | 10/27/2021 | 11/14/2022 |
| camj1976000000@gmail.com | Cam J | 1.1 GB | 11/13/2021 | 6/30/2022 |

---

[18]     It should be noted that this storage size is not indicative of all data that has transacted through the Mega.nz account. Rather, it is the amount of data that was being used at the time the records were produced by Mega.nz to the FBI.  The amount of data associated with these accounts at any other point in time could be larger, smaller, or the same.

62.     With the exception of the Mega.nz accounts registered with the emails ksvara45@gmail.com and kjsvara2@illinois.edu, the Mega.nz accounts associated with the other Target Google Accounts all used the name "Cam J," which is a moniker I believe SVARA often uses while conducting criminal activity.    As described above, in my review of email correspondence received by all of the camj1976 Target Google Accounts, I observed communications from Mega.nz in each of them.    Based on my training and experience and the naming conventions of these accounts, I believe SVARA created the camj1976 Target Google Accounts specifically to register Mega.nz accounts to be used in furtherance of his criminal activity to store and trade content derived from his hacks.

63.     All of the Mega.nz accounts registered from the Target Google Accounts and the Target Yahoo Account were accessed from at least one IP address geo-located to Plainfield, Illinois, where, as described above, SVARA is believed to have resided through September of 2022.    For example, the Mega.nz accounts registered with kstealers45@gmail.com Google Account, the kstealers45@yahoo.com Yahoo Account, and the ksvara45@gmail.com Target Google Account were accessed at one point from the Comcast IP address 67.175.210.186, which geo-located to Plainfield, Illinois and was the same IP address used in the compromise of Victim 2's Snapchat account.    The Mega.nz account registered with the kjsvara2@illinois.edu Target Google Account was accessed at one point from the Comcast IP address 73.208.20.43, which also geo-located to Plainfield, Illinois.    Finally, the Mega.nz accounts registered with the camj1976000@gmail.com,    camj19760000@gmail.com,    camj197600000@gmail.com,    and camj1976000000@gmail.com Target Google Accounts were all accessed at one point from the Comcast IP address 98.63.190.225, which previously geo-located to Plainfield, Illinois.    Google records show that both the ksvara45@gmail.com and kjsvara2@illinois.edu Target Google

Accounts were also accessed from this IP address, thus linking the camj1976 accounts, ksvara45@gmail.com, and kjsvara2@illinois.edu Target Google Accounts together and to SVARA.

## IV.   SVARA's Use of the ksvara45@icloud.com Target Apple Account

64.   On February 9, 2023, the FBI requested all Apple accounts associated with the name KYLE SVARA, date of birth XX/XX/1999, the telephone number XXX-XXX-4886, and the email address kstealers45@yahoo.com. In response to this second request, Apple identified the following Apple Accounts and associated information:

| Email Address | DSID | Name | Status | Date Created | Address | Telephone Number |
|---|---|---|---|---|---|---|
| kstealers45@yahoo.com | 8400716267 | Kyle Svara | Locked | 2/10/20 | 24562 Wellesley Circle Plainfield, Illinois | 1817154886 |
| kstealers45@gmail.com | 8396416926 | Kyle Svara | Locked | N/A | N/A | N/A |
| ksvara45@icloud.com | 11768045288 | Kyle Svara | Active | 12/26/17 | | 18157154886 |

65.   Of these accounts, the ksvara45@icloud.com Target Apple Account (DSID 11768045288) was the only active account. Apple indicated the ksvara45@icloud.com Target Apple Account was registered on December 26, 2017, with the name "Kyle Svara," telephone number (XXX) XXX-4886, and the address the address 24562 Wellesley Circle, Plainfield, Illinois. The account has had several devices registered to it, including, but not limited to, an iPhone X in December 2017, an iPad in January 2019, and a Macbook Pro in December 2019. The ksvara45@icloud.com Target Apple Account utilized iCloud services, which included the iCloud services Bookmarks, Calendars, Contacts, Find My Friends, iCloud Drive, iCloud Reminders, Mail, Mail Header, and Notes.

66.    As described more fully in Exhibit 1, Victim 3 provided the FBI with a notification email she received from Snapchat on October 5, 2020, regarding a new login to her Snapchat account.[19]  *See* Ex. 1, at ¶¶ 22-28.  The notification informed Victim 3 that a login to her account occurred from iPad located in Plainfield, Illinois.  *Id.* at ¶ 24.  The ksvara45@icloud.com Target Apple Account had an iPad registered to it as of January 5, 2019, at which time SVARA is believed to have resided in Plainfield, Illinois.

67.    Records provided by CashApp identified an account registered to "Kyle Svara" with the date of birth xx/xx/1999, SSN xxx-xx-0252, and an address the address 24562 Wellesley Circle, Plainfield, Illinois.  The IP addresses used to access the CashApp account also geo-located to Illinois.  Between October 5, 2020, and October 20, 2020, the SVARA CashApp account received payments of $10.00, $20.00, and $20.00 from Steve WAITHE.  This activity is supportive of WAITHE paying SVARA for Snapchat account hacks.  The CashApp account was accessed using an iPhone, and as described above, the ksvara45@icloud.com Target Apple Account had an iPhone X registered to it as of December 26, 2017.

68.    Records from Kik indicated SVARA's Kik account "ksvara45" was accessed from both an iPhone and an Android device.

69.    Additionally, records from Mega.nz indicated all of SVARA's eight Mega.nz accounts were accessed by Apple devices, either an iPhone or a Macbook.  A review of all the Mega.nz accounts registered with the Google and Yahoo Target Accounts (ksvara45@gmail.com, kstealers45@gmail.com, kstealers45@yahoo.com, kjsvara2@illinois.com, and the four camj1976

---

[19]    Victim 3 is the same Victim 3 described in Exhibit 1.  *See* Ex. 1, at ¶¶ 22-28.  Victim 3's identity is known to the FBI and is redacted here to protect their identity.

accounts) indicated they all were accessed from an iPhone X.[20]  According to records produced by Apple, an iPhone X was registered with the ksvara45@icloud.com Target Apple Account on December 26, 2017.

70.    Because SVARA used Apple devices with descriptions matching those registered to the ksvara45@icloud.com Target Apple Account in furtherance his criminal activity, which included accessing victim Snapchat accounts and accessing his CashApp, Kik, and Mega.nz accounts, and also used iCloud services, I believe evidence of SVARA's criminal activity would have been backed up to the ksvara45@icloud.com Target Apple Account via these SVARA's Apple devices.

71.    Additionally, Apple records indicated the ksvara45@icloud.com Target Apple Account utilized iCloud Drive. According to Apple, iCloud Drive allows users to access and share their files on any device that has this feature enabled.  Users can upload, download, organize, share, delete, and/or recover deleted files with iCloud Drive.  Due to the nature of this case, where the goal of the unauthorized access of Snapchat accounts is to obtain image and video content of victims, the use of iCloud Drive is particularly important.  The use of this feature would allow SVARA to maintain criminal proceeds.

72.    The ksvara45@icloud.com Target Apple Account also had the backup feature for Contacts activated.  In my training and experience investigating cases involving Snapchat account compromises, evidence of unauthorized access conducted by other subjects was identified in targets' contact lists.  For example, victim telephone numbers often are added by the subject to their Contacts so that subjects can locate victim Snapchat accounts for targeting.  Once victim

---

[20]    Mega.nz records display the iPhone X as an iPhone 10,6. Apple refers to its models internally by different numbers than it uses with consumers. According to open-source records, a device identified as an "iPhone 10,6" is an iPhone X.

numbers are added to contacts, hackers can add their contacts to Snapchat, which allows them to locate victim Snapchat accounts that are linked to victim phone numbers. In two different Snapchat hacking cases, I have observed victim contact information in a subject's contacts. I also interviewed a subject who stated that he added victim contact information to his contacts to complete the above-described victim-location process.

73.    Additionally, the ksvara45@icloud.com Target Apple Account had the backup feature for Notes activated. Based on my training and experience investigating Snapchat compromise cases, I am aware that subjects often use Notes in furtherance of their criminal activity. For example, while investigating another co-conspirator who contracted with WAITHE to conduct Snapchat compromises (mentioned in the above paragraph), I found that the subject used Notes to draft the text he used in the Snapchat phishing text messages he sent to victims. That subject also used Notes to document victim Snapchat accounts and draft extortionate messages. Based on this information and my training and experience, I believe there is probable cause to believe evidence will be located on the Target Apple Account.

74.    The FBI requested Apple preserve data associated with the account ksvara45@icloud.com DSID 11768045288 on May 22, 2023. On September 8, 2023 and again on December 5, 2023, the FBI submitted a letter requesting under 18 U.S.C § 2703(f) that the company preserve records associated with the ksvara45@icloud.com Apple account for a period of 90 days.

## V.    **Common Characteristics of Computer Intrusion Subjects**

75.    Based on my training and experience, I know that repeated use of the same IP address across multiple accounts is an indicator that email accounts are controlled by the same person.

76.     I know based on my training and experience investigating these types of computer intrusion cases that subjects often use multiple email accounts to organize their criminal activities and save or share data.  Subjects also will often email themselves important data such as login credentials, criminally derived data, or other relevant content.  Furthermore, subjects often will register for different services or infrastructure such as virtual private networks ("VPNs"), cloud storage, or communication platforms across various accounts.

77.     As described above, subjects often maintain operational persona(s) – such as in this case the "cam j" personas – to separate their online activity from their personal accounts, though subjects also often send content between their operational online persona(s) and their personal accounts as a way of obfuscating their true identity while operating online and conducting criminal activity. This occurs both to protect the true identity of the subject and to frustrate law enforcement's ability to identify the subject and obtain evidence.

78.     Subjects who participate in online forums – such as Reddit in this case – often reference "trading" their content with other forum participants, and in particular reference trading "original content." Based on my knowledge and experience with hackers gaining access to Snapchat accounts to steal private images, I know that "original content" refers to content not otherwise available on the internet that was typically obtained from a hacker's unlawful access into a victim's account. From my training and experience, I know that hackers who steal content from victims' Snapchat accounts typically preserve the stolen, "original" content in for resale, trades, posting on other leak sites, their own gratification, or a combination of the aforementioned reasons.

79.     Based on my training and experience, as well as through conversations with other members of law enforcement, I am aware that given the great lengths taken to obtain this "original

content" and the high value placed on it, individuals who obtain images and data by compromising Snapchat accounts typically maintain their collections of stolen content for many years and rarely, if ever, dispose of their content, particularly with respect to sexually explicit material. In my training and experience, I am aware that even when individuals replace their computers or cell phones, they tend to back up their content to external storage drives, old devices, or the "cloud," so that they can then download or access that content from their new computer, phone, or other device. For example, WAITHE, the subject of the original investigation and the individual for whom SVARA engaged in unauthorized access of victim Snapchat accounts, obtained private images from known victims in November of 2018. Those images were still present on storage media WAITHE maintained until the time of his arrest in April of 2021.

## VI.     Technical Background Regarding Yahoo, Google, and Apple

### A.      Background Regarding Yahoo

80.     In my training and experience, I am aware that Yahoo provides a variety of online services, including email access, to the public. Subscribers obtain email accounts like the Target Yahoo Account by registering with Yahoo. During the registration process, Yahoo asks subscribers to provide basic personal information. Therefore, the computers of Yahoo are likely to contain stored electronic communications (including retrieved and unretrieved email for Yahoo subscribers) and information concerning subscribers and their use of Yahoo services, such as account access information, email transaction information, and account application information.

81.     In general, an email that is sent to or from a Yahoo subscriber is stored in the subscriber's "mail box" on Yahoo servers until the subscriber deletes the email. If the subscriber does not delete the message, the message can remain on Yahoo servers indefinitely. Even if a Yahoo subscriber deletes an email, Yahoo may nevertheless maintain helpful information about that email. For example, an email may remain in the subscriber's deleted items folder.

82.     A sent or received email typically includes the content of the message, source and destination addresses, the date and time at which the email was sent, and the size and length of the email. If an email user writes a draft message but does not send it, that message may also be saved by Yahoo but may not include all of these categories of data.

83.     Email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of login (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Yahoo's website), and other log files that reflect usage of the account.

84.     Yahoo also provides a search engine and other services including Yahoo search history, Yahoo Messenger and Yahoo Voice to subscribers and non-subscribers alike. As part of their regular business practices, Yahoo may maintain records of subscribers' search history and bookmarks through these services. In my training and experience, evidence of who was using an account may also be found in these services.

85.     In addition to email, a Yahoo subscriber can store other files and content with the provider, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files including Yahoo Messenger chats. In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including pictures and files and in these other Yahoo services.

86.     Therefore, Yahoo's computers are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use

of Yahoo, such as account access information, transaction information, and other account information.

### B.      Background Regarding Google

87.      Google provides its subscribers with internet-based accounts that allow them to send, receive, and store emails online.  Google accounts typically are identified by a single username, which serves as the subscriber's default email address, but which also can function as a subscriber's username for other Google services, such as instant messages and remote photo or file storage.

88.      Based on my training and experience, I know that Google allows subscribers to obtain accounts by registering on Google's website.  During the registration process, Google asks subscribers to create a username and password and to provide basic personal information such as name, an alternate email address for back-up/account recovery purposes, a phone number, and in some cases a means of payment.  Google typically does not verify subscriber names.  However, Google does verify the email address or phone number provided.

89.      Once a subscriber has registered an account, Google provides email services that typically include folders such as an "inbox" and a "sent mail" folder, as well as electronic address books or contact lists, and all of those folders are linked to the subscriber's username.  Google subscribers also can use that same username or account in connection with other services provided by Google.[21]

---

[21]      Google's other services may include: electronic communication services such as Google Voice (voice calls, voicemail, and SMS text messaging), Hangouts (instant messaging and video chats), Google+ (social networking), Google Groups (group discussions), Google Photos (photo storage and sharing), and YouTube (video sharing); web browsing and search tools such as Google Search (internet searches), Web History (bookmarks and recorded browsing history), and Google Chrome (web browser); online productivity tools

90.    In general, user-generated content (such as email) that is written using, stored on, sent from, or sent to a Google account can be permanently stored in connection with that account, unless the subscriber deletes the material.  For example, if the subscriber does not delete an email, the email can remain on Google servers indefinitely.  Even if the subscriber deletes the email, it may continue to exist on Google servers for a certain period of time.

91.    A subscriber's Google account can be used not only for email but also for other types of electronic communication, including instant messaging and photo and video sharing; voice calls, video chats, and SMS text messaging; and social networking.  Depending on user settings, user-generated content derived from many of these services is normally stored on Google servers until deleted by the subscriber.  Similar to emails, such user-generated content can remain on Google servers indefinitely if not deleted by the subscriber, and even after being deleted, it may continue to be available on Google servers for a certain period of time.  Furthermore, a Google subscriber can store contacts, calendar data, images, videos, notes, documents, bookmarks, web searches, browsing history, and various other types of information on Google servers.  Based on my training and experience, I know that evidence of who controlled, used, and/or created a Google account may be found within such computer files and other information created or stored by the Google subscriber.  Based on my training and experience, I know that the types of data discussed above can include records and communications that constitute evidence of criminal activity.

---

such as Google Calendar, Google Contacts, Google Docs (word processing), Google Keep (storing text), Google Drive (cloud storage), Google Maps (maps with driving directions and local business search) and other location services (which record the user's location history), and Language Tools (text translation); online tracking and advertising tools such as Google Analytics (tracking and reporting on website traffic) and Google AdWords (user targeting based on search queries); Pixel Phone (services which support a Google smartphone); domain name management service such as Google Domains); and Google Play (which allows users to purchase and download digital content, e.g., applications).

## C.    Background Regarding Apple

92.    Apple is a United States company that produces the iPhone, iPad, and iPod Touch (discontinued May 2022), all of which use the iOS operating system, and desktop and laptop computers based on the Mac OS operating system.  Apple also produces numerous applications designed to interface with these devices and provide cross-platform functionality and remote storage of content generated by these devices.  Apple provides a variety of services that can be accessed from Apple devices, such as iPhones and iPads, or, in some cases, other devices via web browsers or mobile and desktop applications ("apps").  As described in further detail below, the services include email, instant messaging, and file storage:

      a.    Apple provides email service to its users through email addresses at the domain names mac.com, me.com, and icloud.com.

      b.    iMessage and FaceTime allow users of Apple devices to communicate in real-time over the data network through their iPhone or iPad.  iMessage enables users of Apple devices to exchange instant messages ("iMessages") containing text, photos, videos, locations, and contacts, while FaceTime enables those users to conduct video calls.

      c.    iCloud is a file hosting, storage, and sharing service provided by Apple.  iCloud can be utilized through numerous iCloud-connected services and can also be used to store iOS device backups and data associated with third-party apps.  If a user signs up for iCloud, iCloud backs up information on the user's mobile devices, such as an iPhone or iPad, daily over Wi-Fi (when the device is turned on, connected to a power supply, and locked), unless the user manually changes the settings to prevent automatic backups.  The backup can include, among other things, purchase history

from the iTunes store and App Store, photos and videos, device settings, app data, iMessage, text messages, visual voicemail password, and device settings.

d.    iCloud-connected services allow users to create, store, access, share, and synchronize data with Apple devices, such as an iPhone, or via icloud.com on most Internet-connected devices.  For example, iCloud Mail enables a user to access Apple-provided email accounts on multiple Apple devices and also on icloud.com.  iCloud Photo Library and My Photo Stream can be used to store and manage images and videos taken from Apple devices, and iCloud Photo Sharing allows the user to share those images and videos with other Apple subscribers.  iCloud Drive can be used to store presentations, spreadsheets, and other documents.  iCloud Tabs and bookmarks enable iCloud to be used to synchronize bookmarks and webpages opened in the Safari web browsers on all of the user's Apple devices.  iWork Apps, a suite of productivity apps (Pages, Numbers, Keynote, and Notes), enables iCloud to be used to create, store, and share documents, spreadsheets, and presentations.  iCloud Keychain enables a user to keep website username and passwords, credit card information, and Wi-Fi network information synchronized across multiple Apple devices.

e.    Find My iPhone allows owners of Apple devices to remotely identify and track the location of, display a message on, and wipe the contents of those devices.  Find My Friends allows owners of Apple devices to share locations.

34

f.    Location Services allows apps and websites to use information from cellular, Wi-Fi, Global Positioning System ("GPS") networks, and Bluetooth, to determine a user's approximate location.

g.    App Store and iTunes Store are used to purchase and download digital content. iOS apps can be purchased and downloaded through App Store on iOS devices, or through iTunes Store on desktop and laptop computers. Additional digital content, including music, movies, and television shows, can be purchased through iTunes Store on iOS devices and on desktop and laptop computers.

h.    Apple Pay is a mobile payment service associated with an Apple ID. Apple Pay allows users to store credit, debit, or other payment card information, and make contactless payments at accepting merchants.

93.    Aside from content information, Apple also records and maintains records of certain types of metadata, such as IP addresses utilized by a user to access Apple, and geo-location information derived from GPS/cellular signal/Wi-Fi signal/Bluetooth connections of the device through which the user accessed Apple. Geo-location information for the Apple device associated with an account is stored and maintained by Apple. Furthermore, Apple keeps records that can reveal accounts associated to one another by virtue of the electronic device through which the accounts were accessed, such as the same computer or mobile phone. This includes accounts that are linked by "cookies," which are small pieces of text sent to the user's internet browser when visiting websites. These records, although not personally generated by the user in the way content is created, are a byproduct of how the services are facilitated and offered by Apple. Such records and information can prove valuable in establishing historical crimes and patterns of life, such as

frequent travel to a certain location, or persistent historical presence in a residence through continuous connection to a specific Wi-Fi network.

94.     Apple services are accessed through an "Apple ID," which is an account created during the setup of an Apple device or through the iTunes or iCloud services.  A single Apple ID can be linked to multiple Apple services and devices, serving as a central authentication and syncing mechanism.   An Apple ID takes the form of the full email address submitted by the user to create the account; it can later be changed.  Users can submit an Apple-provided email address (often ending in @icloud.com, @me.com, or @mac.com) or the user may employ an email address associated with a third-party email provider (such as Gmail, Yahoo, or Hotmail).  Once created, the Apple ID can be used to access most Apple services (including iCloud, iMessage, and FaceTime) after the user accesses and responds to a "verification email" sent by Apple to that "primary" email address.  Additional email addresses ("alternate," "rescue," and "notification" email addresses) can also be associated with an Apple ID by the user.  Apple also assigns an identifying account number, called a "DSID," to the particular account.

95.     Apple also captures information associated with the creation and use of an Apple ID.  During the creation of an Apple ID, the user must provide basic personal information including the user's full name, physical address, and telephone numbers.  The user may also provide means of payment for products offered by Apple.  The subscriber information and password associated with an Apple ID can be changed by the user through the "My Apple ID" and "iForgot" pages on Apple's website.  In addition, Apple captures the date on which the account was created, the length of service, records of log-in times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to and

utilize the account, the Internet Protocol address ("IP address") used to register and access the account, and other log files that reflect usage of the account.

96.    Additional information is captured by Apple in connection with the use of an Apple ID to access certain services.  For example, Apple maintains connection logs with IP addresses that reflect a user's sign-on activity for Apple services such as iTunes Store and App Store, iCloud, Game Center, and the My Apple ID and iForgot pages on Apple's website.  Apple also maintains records reflecting a user's app purchases from App Store and iTunes Store, "call invitation logs" for FaceTime calls, "query logs" for iMessage, and "mail logs" for activity over an Apple-provided email account.  Records relating to the use of the Find My iPhone service, including connection logs and requests to remotely lock or erase a device, are also maintained by Apple.

97.    Apple also maintains information about the devices associated with an Apple ID.  When a user activates or upgrades an iOS device, Apple captures and retains the user's IP address and identifiers such as the Integrated Circuit Card ID number ("ICCID"), which is the serial number of the device's SIM card.  Similarly, the telephone number of a user's iPhone is linked to an Apple ID when the user signs into FaceTime or iMessage.  Apple also may maintain records of other device identifiers, including the Media Access Control address ("MAC address"), the unique device identifier ("UDID"), and the serial number.  In addition, information about a user's computer is captured when iTunes is used on that computer to play content associated with an Apple ID, and information about a user's web browser may be captured when used to access services through icloud.com and apple.com.  Apple also retains records related to communications between users and Apple customer service, including communications regarding a particular Apple device or service, and the repair history for a device.

98.     Apple provides users with five gigabytes of free electronic space on iCloud, and users can purchase additional storage space.  That storage space, located on servers controlled by Apple, contains data associated with the use of iCloud-connected services including email (iCloud Mail); images and videos (iCloud Photo Library, My Photo Stream, and iCloud Photo Sharing); documents, spreadsheets, presentations, and other files (iWork and iCloud Drive); and web browser settings and Wi-Fi network information (iCloud Tabs and iCloud Keychain).  iCloud can also be used to store iOS device backups of the Apple device associated with the Apple ID account, which can contain a user's photos and videos, iMessages, Short Message Service ("SMS") and Multimedia Messaging Service ("MMS") messages, voicemail messages, call history, contacts, calendar events, reminders, notes, app data and settings, Apple Watch backups, and other data.  Records and data associated with third-party apps may also be stored on iCloud; for example, the iOS app for WhatsApp, an instant messaging service, can be configured to regularly back up a user's instant messages on iCloud Drive.  Some of this data is stored on Apple's servers in an encrypted form but can nonetheless be decrypted by Apple.

VII.     **Summary of Probable Cause**

    A.     **Probable Cause as to the Four "Cam J" Target Google Accounts**

99.     The FBI identified SVARA's use of the "Cam J" moniker through various means which included but was not limited to the registration of accounts at Reddit, Snapchat, Mega.nz, and Instagram. Based on my training and experience, I believe SVARA uses the "Cam J" moniker to conduct his criminal activity online. During the course of the investigation, the FBI identified the camj1976 Target Google Accounts which used the "Cam J" moniker and were directly tied to SVARA.  All four of the camj1976 Target Google Accounts were registered with the name "Cam J" (some with capitalized letters and some without).

100. The camj1976000@gmail.com Target Google Account was created on September 3, 2021, linked by cookie to ksvara45@gmail.com, kstealers45@gmail.com, and kjsvara2@illinois.edu email accounts, and accessed by the IP address 98.63.190.225 which geo-located to Illinois. The account contained email communications with Mega.nz, NudeLeaksTeens, Dropbox, LeaksForum, NulledBB, Reddit, and Crax.pro, which I know based on my training and experience investigating Snapchat hacking cases, are used by Snapchat hackers to post advertisements for hacks, trade content criminally derived from hacks, and provide scamming tools and hacking methods. The account also contained communications from online storage services that can be used to store and send content derived from Snapchat hacks. Based on my training and experience, I believe SVARA used this account to further his criminal activity.

101. The camj19760000@gmail.com Target Google Account was created on October 31, 2021, and accessed by the IP address 98.212.39.252, which geo-located to Plainfield, Illinois, where SVARA is known to live. Other than communications from Google, this account only received emails from Mega.nz, which causes me to believe based on my training and experience that it was created and used exclusively as an account to further SVARA's criminal activity.

102. The camj197600000@gmail.com Target Google Account was created on October 27, 2021, and accessed by the same IP address, 98.212.39.252, that geo-locates to SVARA's known place of residence Plainfield, Illinois. Other than communications from Google, this account only received emails from Mega.nz, which causes me to believe based on my training and experience that it was created and used exclusively as an account to further SVARA's criminal activity.

103. The camj1976000000@gmail.com Target Google Account was created on November 13, 2021 and accessed by the same IP address, 98.212.39.252, that geo-locates to

SVARA's known place of residence Plainfield, Illinois. Other than communications from Google, this account only received emails from Mega.nz, which causes me to believe based on my training and experience that it was created and used exclusively as an account to further SVARA's criminal activity.

104.   Based on the foregoing evidence, described in greater detail above, I believe probable cause exists to believe fruits, evidence, and instrumentalities of the Target Offenses will be found in the four CamJ Target Google Accounts for the time period from each account's creation date to present. All of the CamJ Target Google Accounts were created after SVARA advertised his Snapchat hacking services.

### B.    Probable Cause as to the kstealers45@gmail.com Target Google Account

105.   The kstealers45@gmail.com Target Google Account was created on December 3, 2013 with the name "Kyle Svara," the recovery telephone number (XXX) XXX-4886 and Plainfield, Illinois address that both are associated with SVARA in public records, and the recovery email kstealers45@yahoo.com. The account was accessed by the IP address 73.210.2.235 which geo-located to Plainfield, Illinois, and linked by cookie to the Google Target Accounts camj1976000@gmail.com and ksvara45@gmail.com. According to records from Mega.nz, the kstealers45@gmail.com Target Google Account was used to create an account at Mega.nz. The kstealers45@gmail.com Target Google Account was deleted on February 3, 2023, but Google confirmed records for the account still may be maintained, and regardless, any information regarding the deletion likely would be valuable evidence of SVARA's consciousness of guilt and state of mind. I believe probable cause exists to believe fruits, evidence, and instrumentalities of the Target Offenses will be found in the kstealers45@gmail.com Target Google Account for the time period from January 23, 2015 to present because SVARA registered

his kstealers45 Kik Account on this date which used the kstealers45@yahoo.com account which was a backup for the kstealers45@gmail.com Target Google Account.

### C.   Probable Cause as to the ksvara45@gmail.com Target Google Account

106.   The ksvara45@gmail.com Target Google Account was created on December 25, 2014 with the name "Kyle" and the recovery telephone number (XXX) XX-4886 that is associated with SVARA in public records.  The ksvara45@gmail.com Target Google Account was accessed on October 30, 2020—approximately 7 days after Victim 2's account compromise—from the same IP address (67.175.210.186) that was used in the hack of Victim 2.  The ksvara45@gmail.com Target Google Account also received email communications from Wickr, Coinbase, BeenVerified, SquareUp (which owns the service CashApp), and Snapchat, which based on my training and experience described above I know are services that Snapchat hackers and cyber criminals can and do use in furtherance of their criminal activity. Finally, the ksvara45@gmail.com Target Google Account was used to register an account at Mega.nz which had approximately 71 gigabytes worth of storage, and I know based on my training and experience, it is not uncommon for Snapchat hackers to maintain the fruits of their compromises in Mega.nz accounts such as this one.  I believe probable cause exists to believe fruits, evidence, and instrumentalities of the Target Offenses will be found in the ksvara45@gmail.com Target Google Account from at least January 23, 2015 to present based on the ksvara45@gmail.com Target Google Account's association by cookie to other Target Google Accounts like the kstealers45@gmail.com account.

### D.   Probable Cause as to kjsvara2@illinois.edu Target Google Account

107.   The kjsvara2@illinois.edu Target Google Account used the name "Kyle Svara," was created on August 29, 2017. This account was accessed from the Comcast IP address 98.63.190.225, as recently as January 26, 2023. This IP address is geo-located to Plainfield, Illinois, and is the same IP address used by the camj19760000@gmail.com,

camj197600000@gmail.com, and camj1976000000@gmail.com Target Google Accounts. The account also contained emails from Coinbase and Box which based on my training and experience are services used in furtherance of Snapchat hacks. The kjsvara2@illinois.edu Target Google Account was also used to register an account at Mega.nz on April 24, 2018. Mega.nz is a cloud-based storage and file sharing service used by many Snapchat hackers including several of WAITHE's other co-conspirators. The Mega.nz account was accessed by both an iPhone X and Windows machine on several occasions and was accessed from IP addresses geo-located to Illinois. I believe probable cause exists to believe fruits, evidence, and instrumentalities of the Target Offenses will be found in the kjsvara2@illinois.edu Target Google Account from at least April 24, 2018 to present based on the use of this Target Google Account to register an account at Mega.nz.

### E.    Probable Cause as to the Target Yahoo Account

108.    As described above, the kstealers45@yahoo.com Target Yahoo Account was identified as the registration email for both the Kik account kstealers45, the Reddit account cam_j1999, and a Mega.nz account. SVARA advertised the Kik account kstealers45 as a point of contact for trading images of girls and hacking Snapchat accounts, and the Reddit cam_j1999 account was used to advertise SVARA's ability to hack Snapchat accounts. Based on this information and my training and experience, I believe SVARA used the kstealers45@yahoo.com Yahoo Account in furtherance of his Snapchat hacking scheme to set up at least one hacking advertisement account (the "cam_j1999" Reddit account) and a hacking communication account (the "kstealers45" Kik account). Based on my training and experience, I also know that Mega.nz accounts created by Snapchat account hackers are often used in furtherance of criminal activity to store and trade victim data. I therefore believe the kstealers45@yahoo.com Target Yahoo Account likely will contain evidence of criminal activity. The account has been deleted, but even if its

42

contents no longer exist, evidence relating to the deletion could provide valuable evidence regarding SVARA's state of mind. I believe probable cause exists to believe fruits, evidence, and instrumentalities of the Target Offenses will be found in the kstealers45@yahoo.com Target Yahoo Account for the time period of January 23, 2015, when the kstealers45 Kik account associated with the kstealers45@yahoo.com Target Yahoo Account was registered, to present.

**F.      Probable Cause as to the Target Apple Account ksvara45@icloud.com**

109.    The ksvara45@icloud.com Target Apple Account (DSID 11768045288) was registered on December 26, 2017, with the name "Kyle Svara" and the telephone number (XXX) XXX-4886 and Plainfield, Illinois address that are associated with SVARA in public records. The Target Apple Account had an iPhone X, iPad, and Macbook Pro registered to it, and utilized iCloud services including iCloud Drive, Contacts, and Notes. As described above, the hack of Victim 3's account was conducted using an iPad, the "kstealers45" Kik account was accessed from an iPhone, an iPhone X was used to access the SVARA CashApp account that received payments from WAITHE, all of SVARA's Mega.nz accounts were accessed by either an iPhone X or a Macbook. Apple records indicated the ksvara45@icloud.com Target Apple Account had the iCloud features iCloud Drive, Contacts, and Notes activated. Based on this use of Apple devices registered to the ksvara45@icloud.com Target Apple Account, the iCloud services used by the account, and my training and experience investigating Snapchat hackers, I believe the ksvara45@icloud.com Target Apple Account likely will contain evidence of SVARA's criminal activity. I believe probable cause exists to believe fruits, evidence, and instrumentalities of the Target Offenses will be found in the ksvara45@icloud.com Target Apple Account for the time period from January 5, 2019 to present based on the registration of an Apple iPad to the Target Apple Account. As mentioned previously, Victim 3 received a notification that a login to her account occurred from iPad located in Plainfield, Illinois.

43

## LEGAL AUTHORITY

110.    The government may obtain both electronic communications and subscriber information from electronic communications services and remote computer services, including Google, Yahoo, and Apple by obtaining a search warrant.  18 U.S.C. §§ 2703(a), 2703(b), and 2703(c)(1)(A).

111.    Any court with jurisdiction over the offenses under investigation may issue a search warrant under 18 U.S.C. §§ 2703(a) and (b), regardless of the location of the provider whose information will be searched.  18 U.S.C. § 2703(b)(1)(A).  Furthermore, unlike other search warrants, Section 2703 warrants do not require an officer to be present for service or execution of the search warrant.  18 U.S.C. § 2703(g).

112.    If the government obtains search warrants, there is no requirement that either the government or the provider give notice to the subscriber.  18 U.S.C. §§ 2703(b)(1)(A), 2703(c)(3).

## REQUEST TO SEAL AND PRECLUDE NOTICE TO THE SUBSCRIBER

113.    I request that the applications, this affidavit, the warrants, the orders, and any related papers be sealed by the Court until such time as the Court directs otherwise, except that the United States may later produce copies of the search warrant and related documents to the defense during discovery in any criminal case.

114.    I further request that, pursuant to the non-disclosure provisions of 18 U.S.C. §§ 2705(b), the Court order Google, Yahoo, and Apple not to notify any person (including the subscribers or customers to which the materials relate) of the existence of the applications, the warrants, the Order, or the execution of the warrants, for a period of one year from the date of this Order, or until notified by the government within thirty days of the conclusion of the investigation,

whichever is earlier. Google, Yahoo, or Apple may disclose the Order to an attorney for Google, Yahoo, or Apple for the purposes of receiving legal advice.

115. Non-disclosure is appropriate in this case because the Court's order relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the existence of the investigation. There is accordingly reason to believe that notification of the existence of the Order will seriously jeopardize the investigation, including by: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, and change patterns of behavior. *See* 18 U.S.C. § 2705(b). Moreover, some of the evidence in this investigation is stored electronically. If alerted to the existence of the Order, the targets could destroy that evidence, including information saved to their personal computers, on other electronic media, or in social media accounts.

## FOURTEEN-DAY RULE FOR EXECUTION OF WARRANTS

116. Federal Rule of Criminal Procedure 41(e)(2)(A)-(B) directs the United States to execute a search warrant for electronic evidence within fourteen days of the warrant's issuance. If the Court issues the requested warrants, the United States will execute them not by entering the premises of Google, Yahoo, and Apple as with a conventional warrant, but rather by serving a copy of the warrants on Google, Yahoo, and Apple and awaiting its production of the requested data. This practice is approved in 18 U.S.C. § 2703(g),[22] and it is generally a prudent one because it minimizes the government's intrusion onto internet companies' physical premises and the resulting disruption of their business practices.

---

[22] Section 2703(g) provides that "[n]otwithstanding section 3105 of this title, the presence of an officer shall not be required for service or execution of a search warrant issued in accordance with this chapter requiring disclosure by a provider of electronic communications service or remote computing service of the contents of communications or records or other information pertaining to a subscriber to or customer of such service."

117.    Based on my training and experience, as well as that of other members of law enforcement, I understand that email and social media providers sometimes produce data in response to a search warrant outside the fourteen-day period set forth in Rule 41 for execution of a warrant.  I also understand that electronic communications providers, such as Google, Yahoo, and Apple, sometimes produce data that was created or received after this fourteen-day deadline ("late-created data").  The United States does not ask for this extra data or participate in its production.

118.    Should Google, Yahoo, or Apple produce late-created data in response to this warrant, law enforcement personnel will seek to avoid reviewing any late-created data that was created by or received by the accountholder(s) absent a follow-up warrant.  However, I request permission to view all late-created data that was created by Google, Yahoo, or Apple, including subscriber, IP address, logging, and other transactional data, without a further order of the Court.  This information could also be obtained by grand jury subpoena or an order under 18 U.S.C. § 2703(d), neither of which contains a 14-day time limit.

119.    For these reasons, I request that the Court approve the procedures in Attachments B-1, B-2, and B-3 to each of the proposed warrants, which set forth these limitations.

## CONCLUSION

120.    Based on the foregoing, as well as my training and experience and consultation with other special agents and law enforcement officers, I have probable cause to believe that the Target Accounts, as described in Attachments A-1, A-2, A-3, A-4, A-5, A-6, A-7, and A-8 contains fruits, evidence, and instrumentalities of these crimes, as described in Attachments B-1, B-2, and B-3.

121.    The procedures for copying and reviewing the relevant records are set out in Attachments B-1, B-2, and B-3.

Sworn to under the pains and penalties of perjury.

_____
MARK WILSON
Special Agent, Federal Bureau of Investigation

Sworn to via electronic means in accordance with Fed. R. Crim. P. 4.1 on February \_\_\_, 2024.

_____
HON. PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS